Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 607
San Francisco, CA 94104
(415) 397-5446
(707) 312-8271

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karyna Fonseca,<br><br>    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:21-cv-00486-PLA<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based on the stipulation of the parties, it is hereby ordered that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND DOLLARS ($6,000) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs of FOUR HUNDRED TWO DOLLARS ( $402.00), pursuant to 28 U.S.C. §1920.

Dated: June 23, 2022

*/s/ Paul L. Abrams*
_____
HON. PAUL L. ABRAMS
United States Magistrate Judge